IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE ROBINSON, on behalf of herself and all others similarly situated, ) ) ) | Civil Action No. 1:15-cv-0798-ELR |
| Plaintiff, ) ) ) | |
| v. ) ) | JURY TRIAL DEMANDED |
| WESTBURY HEALTH AND REHABILITATION CENTER-CONYERS, INC. ) ) ) ) ) | |
| Defendant. | |

_____

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Katherine Robinson and Defendant Westbury Health and Rehabilitation Center-Conyers, Inc. hereby jointly stipulate to the dismissal of the above styled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees and costs in this action.

Respectfully submitted, this 8th day of May, 2015.

| FORD AND HARRISON, LLP | BARRETT & FARAHANY, LLP |
|---|---|
| /s/Patricia Griffith* <br> Patricia Griffith <br> Georgia Bar No. 311928 <br> 271 17th Street, N.W., Suite 1900 <br> Atlanta, Georgia 30363 | /s/ V. Severin Roberts <br> Amanda A. Farahany <br> Georgia Bar No. 646135 <br> V. Severin Roberts <br> Georgia Bar No. 940504 <br> 1100 Peachtree Street <br> Suite 500 <br> Atlanta, GA 30309 |
| Attorney for Defendant | Attorneys for Plaintiff |

*Signed with express permission by VSR

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 8th day of May, 2015, filed the foregoing Joint Stipulation of Dismissal with Prejudice using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

By: s/V. Severin Roberts<br>
V. Severin Roberts<br>
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309